

CAUSE NO. 31E1500070

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/16/2015 1:29:25 PM
KEITH E. HOTTLE
Clerk

| | |
|---|---|
| **Federal National Mortgage Association**<br>**Plaintiff**<br><br>vs.<br><br>**Kaylee Carter-Martin, Jeremiah A. Martin,**<br>**AND/OR ALL OCCUPANTS OF**<br>**9 Reading Lane**<br>**San Antonio, TX 78257**<br>**Defendants** | **IN THE JUSTICE OF PEACE**<br><br><br>**PRECINCT 3, PLACE 1**<br><br><br>**Bexar County, Texas** |

## JUDGMENT

On **February 3, 2015 at 1:30 pm**, the Court heard the Petition for Forcible Detainer brought by **Federal National Mortgage Association**, against **Kaylee Carter-Martin, Jeremiah A. Martin, AND/OR ALL OCCUPANTS OF 9 Reading Lane, San Antonio, TX 78257**, Defendants.

1.    Plaintiff **Federal National Mortgage Association** appeared.

2.    Defendants **Kaylee Carter-Martin, Jeremiah A. Martin, AND/OR ALL** *through counsel,* **OCCUPANTS OF 9 Reading Lane, San Antonio, TX 78257** (appeared)/ failed to appear). *BV*

3.    The Court determined that it had proper jurisdiction over the cause and that venue was proper.

4.    The court finds that this is a suit for forcible detainer relating to the premises **9 Reading Lane, San Antonio, TX 78257** and a Foreclosure Sale Deed dated **December 2, 2014**, and recorded on **December 8, 2014**, in the Official Records of **Bexar** County, Texas.

5.    On **January 8, 2015**, the petition was filed and **Kaylee Carter-Martin, Jeremiah A. Martin, AND/OR ALL OCCUPANTS OF 9 Reading Lane, San Antonio, TX 78257**, were properly served.

1000975-1 1705620330 - Eviction Judgment.for - Rev. 01/07/2013

6. A trial was not demanded by Defendants.

7. A jury was not requested.

8. Having reviewed the evidence, and heard the evidence and arguments, the Court is of the opinion that the petition has been proven.

9. It is therefore ORDERED; ADJUDGED AND DECREED that **Federal National Mortgage Association** shall receive judgment for possession of the premises, costs in the amount of $0.00, and attorney's fees in the amount of $0.00. The Court further orders that a Writ of Possession will be granted ordering the Constable of this Precinct to place **Federal National Mortgage Association** in possession of the premises.

10. The Court further orders that the Writ of Possession shall not issue until the expiration of five days from the date this judgment is signed. *Appeal bond set at $3000*

Signed on _____2-3-15_____

_Daniel Pepper_

Judge Presiding
Precinct 3-1
Bexar County, Texas

**EXHIBIT**

**B**

## CAUSE NO. 31E1500070

| | | |
|---|---|---|
| Federal National Mortgage Association, | § | In The Justice of the Peace |
|     Plaintiff | § | |
| vs,. | § | |
| | § | |
| Kaylee Carter-Martin, Jeremiah A. | § | Precinct 3, Place 1 |
| Martin, and/or All Occupants of 9 | § | |
| Reading Lane, San Antonio, Texas | § | |
| 78257, | § | |
|     Defendant. | § | Bexar County, Texas |
| | § | |

## DEFENDANT'S NOTICE OF APPEAL OF EVICTION JUDGMENT

On the 3rd day of February, 2015, came to be heard the above entitled and numbered cause. After hearing and considering the pleadings, evidence and argument, the Court found that the Plaintiff is entitled to judgment. The Defendant hereby requests to appeal the judgment of this Court to the County Court of Bexar County, Texas.

Respectfully submitted,

/s/ James Minerve

By: _____

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(888) 819-1440 Office
(210) 336-5867 Direct
(888) 230-6397 Fax
Attorney for Defendant Jeremiah
Martin, and/or All Occupants of 9
Reading Lane, San Antonio, Texas
78257

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the attached Defendant's Notice of Appeal was sent to Plaintiff's counsel in accordance with the Texas Rules of Civil Procedure on February 9, 2015.


/s/ James Minerve

James Minerve

## CAUSE NO. 31E1500070

| | | |
|---|---|---|
| Federal National Mortgage Association, Plaintiff | § § § | In The Justice of the Peace |
| vs,. | § § | |
| Kaylee Carter-Martin, Jeremiah A. Martin, and/or All Occupants of 9 Reading Lane, San Antonio, Texas 78257, Defendant. | § § § § § § | Precinct 3, Place 1 Bexar County, Texas |

### APPEAL BOND

STATE OF TEXAS      §
COUNTY OF _Hays_      §

Whereas, on February 3, 2015, came to be heard the above entitled and numbered cause. After hearing and considering the pleadings, evidence, and argument, the Court issued a judgment in favor of the Plaintiff, from which the Defendant, JEREMIAH A. MARTIN, AND/OR ALL OCCUPANTS OF 9 READING LANE, SAN ANTONIO, TEXAS 78257, have appealed to the County Court of Bexar County, Texas; now, therefore, the said JEREMIAH A. MARTIN, AND/OR ALL OCCUPANTS OF 9 READING LANE, SAN ANTONIO, TEXAS 78257, and his sureties, covenant that Defendant will prosecute his appeal with effect and pay all costs and damages which may be adjudged against the Defendant, provided the sureties shall not be liable in an amount greater than $3,000.00, said amount being amount of the bond herein.

Given under our hands on February ___9___, 2015.

 

_____
Principal
JEREMIAH A. MARTIN

State of Texas     §
County of _Hays_     §

Sworn to and subscribed before me on the ___9th___ day of February, 2015.

_____
Notary Public, State of Texas
My Commission Expires:_____

MARIA A. ROGERS
MY COMMISSION EXPIRES
June 24, 2017

Appeal Bond                     Page 1 of 2

_____
Surety
Richard Martin
Printed Name

Address: 8711 Roswell Rdg
Helotes, TX 78023
Phone: 210-324-2656

State of Texas      §
County of TRAVIS    §

Sworn to and subscribed before me on the ___9th___ day of February, 2015.

_____
Notary Public, State of Texas
My Commission Expires:_____

MARIA A. ROGERS
MY COMMISSION EXPIRES
June 24, 2017

_____
Surety
Ginger Martin
Printed Name

Address: 8711 Roswell Rdg
Helotes, TX 78023
Phone: 210-279-6947

State of Texas      §
County of TRAVIS    §

Sworn to and subscribed before me on the ___9th___ day of February, 2015.

_____
Notary Public, State of Texas
My Commission Expires:_____

MARIA A. ROGERS
MY COMMISSION EXPIRES
June 24, 2017

# OATH OF SURETY

Cause No. 31E150070

THE STATE OF TEXAS         §
THE COUNTY OF Hays       §

BEFORE ME, the undersigned authority, on this day personally appeared Richard Martin a surety on the annexed appeal bond, thereon, and after being by me duly sworn, depose and say that he/she is a citizen of the State of Texas, and a freeholder in the state, that he/she is worth the sum of $3,000.00 dollars, over and above all just debts and liabilities, said property subject to execution and sale *(property cannot be part of a homestead)*, and that his/her property consists of *(Description of PERSONAL or REAL PROPERTY):*

2002 Volvo V70

Where is property located? 8711 Roswell Rdg, Helotes, TX 78023

PRINT Name of Surety    Richard Martin

Surety's TEXAS DL    35444539       Surety's Social Security 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

Surety's Home Address    8711 Roswell Rdg, Helotes, TX 78023

Surety's Home/Mobile Phone    210-324-2656

Sign: _____    (signature of surety)

Subscribed & Sworn to before me this, 9th day of February 2015

MARIA A. ROGERS
MY COMMISSION EXPIRES
June 24, 2017

NOTARY PUBLIC in and for the STATE OF TEXAS

# OATH OF SURETY

Cause No. 31F1500070

THE STATE OF TEXAS §
THE COUNTY OF Hays §

BEFORE ME, the undersigned authority, on this day personally appeared Ginger Martin a surety on the annexed appeal bond, thereon, and after being by me duly sworn, depose and say that he/she is a citizen of the State of Texas, and a freeholder in the state, that he/she is worth the sum of $3,000.00 dollars, over and above all just debts and liabilities, said property subject to execution and sale *(property cannot be part of a homestead)*, and that his/her property consists of *(Description of PERSONAL or REAL PROPERTY):*

Bank Account Southwest Research Center Acct #2753000

Where is property located? 7215 Culebra Rd, San Antonio, TX 78251

PRINT Name of Surety Ginger Martin

Surety's TEXAS DL 23298900        Surety's Social Security 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

Surety's Home Address 8711 Roswell Ridge, Helotes, TX 78023

Surety's Home/Mobile Phone 210-279-6997

Sign: _____ (signature of surety)

Subscribed & Sworn to before me this, 9th day of February, 2015

_____
NOTARY PUBLIC in and for the STATE OF TEXAS

MARIA A. ROGERS
MY COMMISSION EXPIRES
June 24, 2017

EXHIBIT

C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JEFFRY B. LEWIS
10333 RICHMOND AVE,
SUITE 550
HOUSTON, TX 77042

31E1500070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Irena Price_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
_Irene Price_

C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Priority Mail Express™
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7010 0290 0002 4547 5455

PS Form 3811, July 2013 — Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAMES MINERVE
115 SADDLE BLANKET TRAIL
BUDA, TX 78610

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Juntew A._
☑ Agent
☐ Addressee

B. Received by (Printed Name)
_Juntew A._

C. Date of Delivery
2-20-15

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Priority Mail Express™
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7010 0290 0002 4547 5448

PS Form 3811, July 2013 — Domestic Return Receipt